GASTÓN, aplte. *v.* HEREDEROS DE FRANCESCHI, apldos.

No. 4944.—*Sometido:* Enero 9, 1933. *Resuelto:* Enero 23, 1933.

Resuelto este caso en marzo 31, 1932 (43 D.P.R. 308) la parte demandada archivó en agosto 31, 1932 moción interesando la modificación de los términos de la sentencia de este tribunal, por la que se revocaron ciertas resoluciones apeladas y en su consecuencia se anularon ciertos embargos practicados en aseguramiento de la sentencia que pudiera recaer a virtud de contrademanda presentada en el pleito, en el sentido de extender dicha sentencia a declarar sin lugar definitivamente dicha contrademanda para poder apelar así de ella para ante la Corte de Circuito.

El tribunal negó lo solicitado, en primer lugar, porque no estaba convencido de que no hubiera podido apelarse directamente de la sentencia en la fecha en que se dictó, y en segundo lugar, porque el pleito en el que se ordenaron los embargos quedó definitivamente resuelto por sentencia sobre las alegaciones dictada por la corte inferior a virtud de demanda enmendada—presentada después de decretados los embargos—y de excepción previa formulada por los demandados, sentencia que fué confirmada por esta Corte Suprema también en marzo 31, 1932 (43 D.P.R. 300).

En cuanto a la petición de que ciertas palabras se insertaran en determinado párrafo de la opinión, la corte resolvió no era absolutamente necesario porque la exacta cuestión suscitada por los demandados ya había sido resuelta por esta corte en el caso de *Armstrong & Co.* v. *Irizarri*, 29 D.P.R. 606, en el sentido de que "cuando la demanda no determina una causa de acción debe declararse con lugar una moción para anular el embargo practicado para el aseguramiento de sentencia pero no así cuando la demanda es susceptible de ser enmendada."

La moción fué declarada sin lugar.